## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re ) | |
| ) | |
| ) | |
| JEFFREY S. WELLER ) | Chapter 13 |
| KAREN L. WELLER, ) | Case No. 12-40418-HJB |
| Debtors ) | |

## MOTION OF CHAPTER 13 TRUSTEE
## FOR ORDER DISMISSING CASE
## <u>NOTICE OF BAR DATE OBJECTIONS/RESPONSES</u>

Now comes the Chapter 13 trustee (the "Trustee") and respectfully moves that this court enter an Order dismissing this case and in support thereof states as follows:

1. On February 7, 2012, the above-captioned debtors (the "Debtors") filed a petition for relief under Chapter 13 of the United States Bankruptcy Code.

2. On March 16, 2012, the Trustee convened and presided at a §341 meeting of creditors (the "Meeting").

3. Upon recommendation of the Trustee, this Court entered an Order confirming the Debtors' Chapter 13 Plan.

4. Upon information and belief, the Debtors' insurance on their real estate may have lapsed. Failure to maintain insurance is grounds for dismissal pursuant to 11 U.S.C. §1307( c) of the Code.

5. **Notice is given that any responses and/or objections to this motion are to be filed within twenty-one (21) days of the date hereof. If no timely objections/responses are filed, the Court may act on this motion without further notice or hearing as provided by 11 U.S.C.§102(1)(B).**

WHEREFORE, the Trustee respectfully requests that this Court enter an Order dismissing this case.

Respectfully submitted,
Office of the Chapter 13 Trustee

Dated: 12/15/15

/s/ Denise M. Pappalardo
Denise M. Pappalardo, Trustee BBO # 553293
Joanne Zoto Psilos, Staff Attorney BBO #556997
P.O. Box 16607
Worcester, MA 01601
(508) 791-3300
denisepappalardo@ch13worc.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re )<br><br>　　JEFFREY S. WELLER )<br>　　KAREN L. WELLER, )<br>　　　　　　　Debtors ) | Chapter 13<br>Case No. 12-40418-HJB |

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the Chapter 13 Trustee's Motion for Order Dismissing Case was sent to the Debtors, Debtors' counsel of record, and those parties who filed an appearance by first class mail, postage prepaid and/or electronically.

Dated: 12/15/15

/s/ Joanne Zoto Psilos
Denise M. Pappalardo, BBO # 553293
Joanne Zoto Psilos, BBO # 556997
P.O. Box 16607
Worcester, MA 01601
(508) 791-3300
denisepappalardo@ch13worc.com

### SERVICE LIST

PAUL A. LAROCHE, ESQ.
P.O. BOX 504
GARDNER, MA 01440

JEFFREY S. WELLER
KAREN L. WELLER
56301 CAROUSEL LANE
LUNENBURG, MA 01462

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re<br><br>JEFFREY S. WELLER<br>KAREN L. WELLER,<br>　　　　　Debtors | Chapter 13<br>Case No. 12-40418-HJB |

## ORDER DISMISSING CASE

The Motion of the Chapter 13 Trustee for Order dismissing case having come before this Court, no objections having been filed, notice and an opportunity for a hearing having been given, and for cause shown, it is hereby:

ORDERED: that this Chapter 13 case is dismissed.

_____
U.S. Bankruptcy Judge

Dated: _____